**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CLEMMIE GENERO CASON,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Criminal 97-303(2) JRT
Civil 00-2284 JRT

**ORDER**

---

Clemmie Genero Cason, #07990-041, Federal Medical Center, PMB 4000, Rochester, MN 55903-4000, *pro se* Petitioner

Michael L. Cheever, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for Respondent.

This matter is before the Court on the defendant's motion to withdraw his motion to vacate, set aside, or correct a sentence, filed on October 10, 2000.

Based upon defendant's motion, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion to withdraw his motion to vacate, set aside, or correct a sentence [Docket No. 96] is **GRANTED**. Therefore, defendant's motion to vacate, set aside, or correct a sentence [Docket No. 91] is **MOOT**. Defendant's motion for

FILED DEC 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

an extension of time to file traverse to the Government's response [Docket No. 95] is

**DENIED** as moot.

DATED: 12/6/2000
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge